UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDDIE WILLIAMS, | ) | Case No. CV 13-4248-CJC (OP) |
|---|---|---|
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| G. D. LEWIS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 16, 2013

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge